J. LESTER KINNEY, Appellant, *v.* W. HARRY GLENNY et al., Respondents.

(Argued October 1, 1931; decided October 20, 1931.)

*Frank G. Raichle* and *J. C. Randal* for appellant.
*James McCormick Mitchell, William I. Morey* and *Elmer E. Finck* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: LEHMAN, J.